IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON CLIFFORD OLSON,<br><br>Defendant. | CR 22-134-BLG-SPW<br><br>ORDER |

Due to transportation issues,

IT IS HEREBY ORDERED that the Change of Plea Hearing presently set for Wednesday, March 15, 2023 at 2:30 p.m. is **VACATED** and **RESET** for **Friday, March 24, 2023 at 1:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana, at which time the court will consider his motion to change his plea of not guilty to a plea of guilty. The time between March 7, 2023 and March 24, 2023 is excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D).

DATED this 7th day of March, 2023.

/s/ Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1